# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| King, Ronald B. | United States Bankruptcy Court, Western District of Texas | 03/26/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

Hipolito F. Garcia Federal Building and Courthouse
615 East Houston Street
Suite 383
San Antonio, Texas 78205

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Joint Venturer | Woodstone Drive Joint Venture |
| 2. Co-trustee | Elaine King Reisinger Mineral Trust |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Ronald B. | 03/26/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | State Bar of Texas Bankruptcy Section | 04/17/19 -- 04/19/19 | The Fairmont Hotel, Austin, Texas | State Bar of Texas Bankruptcy Section Bench Bar Conference | Lodging, meals, and travel |
| 2. | National Conference of Bankruptcy Judges | 10/30/19 -- 11/02/19 | Marriott Marquis Hotel, Washington, D.C. | National Conference of Bankruptcy Judges annual meeting | Lodging, meals, and travel |
| 3. | University of Texas School of Law | 11/13/19 -- 11/15/19 | Four Seasons Hotel, Austin, Texas | 38th Annual Jay L. Westbrook Bankruptcy Conference | Lodging, meals, and travel |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Ronald B. | 03/26/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

**✔** NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Amplify Credit Union | Mortgage lien | O |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Ronald B. | 03/26/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Cal Western Life Insurance Company life insurance policy | | None | J | T | | | | | |
| 2. Frost Bank | A | Interest | M | T | | | | | |
| 3. Dreyfus Growth/Value Funds Inc./Tech Growth Fund C1.B (DRGRX) (IRA) | A | Dividend | K | T | | | | | |
| 4. Seligman Communication & Information Fund C1.B (SLMCX) (IRA) | A | Dividend | K | T | | | | | |
| 5. Woodstone Drive Joint Venture (no assets) | | None | J | W | | | | | |
| 6. Elaine King Reisinger Miineral Trust (see lines 7 -- 13 for assets) | G | Royalty | O | W | | | | | |
| 7. (a) Parcel # 1, Reagan County, Texas | G | Royalty | M | W | | | | | |
| 8. (b) Parcel # 2, Mitchell County, Texas | A | Royalty | K | W | | | | | |
| 9. (c) Parcel # 3, Reagan County. Texas | F | Royalty | M | W | | | | | |
| 10. (d) Parcel # 4, Reagan County, Texas | F | Royalty | M | W | | | | | |
| 11. (e) Parcel # 5, Reagan County, Texas | F | Royalty | M | W | | | | | |
| 12. (f) Parcel # 6, Coke County, Texas | A | Royalty | K | W | | | | | |
| 13. (g) Parcel # 7, Harrison County, Texas | A | Royalty | K | W | | | | | |
| 14. USAA Income Fund (USAIX) | A | Dividend | K | T | Sold (part) | 04/22/19 | K | A | |
| 15. USAA Emerging Markets Fund (USEMX) | A | Dividend | J | T | Sold (part) | 04/22/19 | J | A | |
| 16. USAA Growth Fund (USAAX) | B | Dividend | L | T | Sold (part) | 04/22/19 | L | B | |
| 17. USAA High Income Fund (USHYX) | A | Dividend | K | T | Sold (part) | 04/22/19 | K | B | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Ronald B. | 03/26/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. USAA International Fund (ISIFX) | A | Dividend | K | T | Sold (part) | 04/22/19 | K | B | |
| 19. USAA S & P 500 Index Fund (USSPX) | A | Dividend | K | T | Sold (part) | 04/22/19 | L | B | |
| 20. USAA 500 Index Fund Reward Shares (USPRX) | A | Dividend | | | Sold (part) | 04/22/19 | L | A | |
| 21. USAA 500 Index Fund Reward Shares (USPRX) | A | Dividend | | | Sold | 06/21/19 | K | A | |
| 22. USAA Small Cap Stock Fund (USCAX) | A | Dividend | J | T | Sold (part) | 04/22/19 | J | A | |
| 23. USAA Value Fund (UVALX) | A | Dividend | J | T | Sold (part) | 04/22/19 | J | A | |
| 24. House in Comal County, Texas | | None | O | W | Buy | 05/10/19 | O | | |
| 25. Condominium in Aransas County, Texas | | None | M | W | Buy | 10/25/19 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 5:  Woodstone Drive Joint Venture has no remaining assets and will be dissolved in 2020.

| Name of Person Reporting | Date of Report |
|---|---|
| King, Ronald B. | 03/26/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ronald B. King**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544